IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KHALID MOHAMMAD,

    Plaintiff,

v.	CIV 14-0307 JCH/KBM

DEVONNA ROBERTS,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND CONCLUSIONS OF LAW

The Chief Magistrate Judge filed her Proposed Findings and Conclusions of Law on March 13, 2015 *(Doc. 27)* in which she recommended that Defendant's Motion for Summary Judgment (*Doc. 23*) be granted in part and denied in part and that Plaintiff's Motion to Amend (*Doc. 25*) be denied. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Conclusions of Law *(Doc. 27)* is **adopted**;

2. Defendant's Motion for Summary Judgment (*Doc. 23*) is **granted** as to Plaintiff's claim for unlawful arrest but **denied** as to Plaintiff's "starvation" claim.

3. Plaintiff's Motion to Amend (*Doc. 25*) is **denied**.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE