IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KHALID MOHAMMAD,

    Plaintiff,

v.                                                      CIV 14-307 JCH/KBM

DEVONNA ROBERTS,

    Defendant.

### ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND CONCLUSIONS OF LAW

The Chief Magistrate Judge filed her Proposed Findings and Conclusions of Law on September 11, 2015 *(Doc. 32)* in which she recommended granting Defendant Devonna Roberts' Motion for Summary Judgment. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed.

The record reflects that a recent mailing to Plaintiff by the Court was returned as undelivered. *See Doc. 33*. Two months have passed since the attempted delivery of that mailing, and Plaintiff has not attempted to reinstitute communications with the Court. Yet Plaintiff was obligated by D.N.M.LR-Civ. 83.6 to inform the Court of any changes in his address. Plaintiff's failure to update his mailing address manifests a lack of interest in litigating his sole remaining claim and is no reason for the Court to delay the disposition of this case on the merits.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Conclusions of Law *(Doc. 32)* is **ADOPTED**;

2. Defendant Roberts' Motion for Summary Judgment (*Doc. 30*) is **GRANTED**;

3. Plaintiff's sole remaining claim is **DISMISSED** with prejudice; and

4. A Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure will be entered dismissing Plaintiff's action with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE